No. 249, Misc.  FOSTER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *Grauman Marks* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 250, Misc.  BOOKER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 253, Misc.  JACKSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 255, Misc.  DREELAN *v.* CHIEF DISBURSING OFFICER, FEDERAL RESERVE BANK, BOSTON, MASSACHUSETTS. C. A. 1st Cir.  Certiorari denied.

No. 256, Misc.  CLARKE *v.* REDEKER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 270, Misc.  BURKE *v.* LANGLOIS, WARDEN.  C. A. 1st Cir.  Certiorari denied.  *Herbert F. De Simone,* Attorney General of Rhode Island, *Donald P. Ryan,* Assistant Attorney General, and *Luc R. La Brosse,* Special Assistant Attorney General, for respondent.

No. 271, Misc.  COLLINS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 273, Misc.  JACKSON *v.* WARDEN, ILLINOIS PENITENTIARY.  C. A. 7th Cir.  Certiorari denied.